Ella B. Zin, Appellant, v. J L. Tallevast and A. O. Causey, Copartners Doing Business Under the Style and Firm Name of the Manatee Livery Company, Appellees.

(Supreme Court of Florida, January 12, 1906.)

*O. K. Reeves* and *John B. Singletary,* for Appellant.

No appearance for the Appellees

The bill in this cause was filed by the appellees against the appellant. There was decree for the complainants and the defendant appealed. Appeal dismissed by the clerk, on præcipe of counsel for appellant, under Rule 23.